UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v().    Case No. 1:07-CR-196

J. ROSARIO JUAREZ-AGUILAR,    HON. RICHARD ALAN ENSLEN

    Defendant.

_____/

### ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge, filed October 16, 2007, is **APPROVED** and **ADOPTED** as the Opinion and Findings of this Court.

2. Defendant J. Rosario Juarez-Aguilar's plea of guilty to Count Two of the Indictment is accepted. Defendant J. Rosario Juarez-Aguilar is adjudicated guilty.

3. Defendant J. Rosario Juarez-Aguilar shall be detained pending sentencing.

    /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:    RICHARD ALAN ENSLEN
    October 31, 2007    SENIOR UNITED STATES DISTRICT JUDGE